## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:                                                                CASE NO.: 15-24287-AJC
                                                                      CHAPTER 13
Maydolet Fresnedo
aka Maydolet Fresuedo
aka Maydolet Refnedo,

Debtor

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF THE AAMES MORTGAGE INVESTMENT TRUST 2005-4 MORTGAGE BACKED NOTES ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Vanessa D. Torres, Esq.**
**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

**I HEREBY CERTIFY** that on August 13, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

ROBERT SANCHEZ, ESQ
355 W 49 ST.




HIALEAH, FL  33012

MAYDOLET FRESNEDO
AKA MAYDOLET FRESUEDO
AKA MAYDOLET REFNEDO
231 W 42ND STREET
HIALEAH, FL  33012

NANCY K. NEIDICH
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ Vanessa D. Torres
Vanessa D. Torres, Esquire
Florida Bar Number 93113
Email: vdtorres@rasflaw.com