UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)
FIRST AMENDED PLAN

DEBTOR: Maydolet Fresnedo    JOINT DEBTOR:_____    CASE NO.: 15-24287-AJC
Last Four Digits of SS# 5237    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 1,604.90  for months 1 to 60 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $2500 (MMM) + $775 (Motion to value) = 6925 TOTAL
    PAID $ 1800    Balance Due    $ 5125 payable $ 102.50/month (Months 1 to 50)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Select Portfolio Servicing, Inc
Address: POB 65250
Salt Lake City, UT 84165    MMM Payment    $ 1,049.66/month (Months 1 to 60)
Account No: xxx1371

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Summit Financial Corp. 100 NW 100 Avenue Plantation, FL 33324 Account No 3013 | 2012 Chrysler 300 $6000.00 | 5.25% | $288.65 | 1 To 60 | $15,203.53 at 5.25% interest for a total payment of $17,319.24 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None_____    Total Due $_____
    Payable    $_____/month (Months____to____) Regular Payment $_____

Unsecured Creditors: Pay $ 3.60/month (Months 1 to 50) and Pay $ 106.10 /month (Months 51 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____    _____
Debtor    Joint Debtor
Date: 10/5/15    Date:_____


LF-31 (rev. 01/08/10)