IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

MAYDOLET FRESNEDO                      CASE NO.    15-24287-AJC
*AKA* MAYDOLET FRESUEDO
*AKA* MAYDOLET REFNEDO                 CHAPTER    13

    Debtor.
_____/

**LIMITED RESPONSE TO MOTION TO VALUE
AND DETERMINE SECURED STATUS [DOC. NO. 25]**

    Creditor, Summit Financial Corporation, by and through undersigned counsel, files its Limited Response to Debtor's Motion to Value and Determine Secured Status of Lien [Doc. No. 25]:

1.     Creditor holds a valid lien on the following vehicle:

**2012 CHRYSLER 200
VIN: 1C3CCBAB4CN166209 ("Collateral")**

2.     Creditor filed Proof of Claim 2-1 ("Claim").

3.     Creditor has no objection to its Claim being treated inside the Debtor's Plan, paid in full, payable at 5.25% per annum.

    **WHEREFORE**, Creditor respectfully requests the Court grant Debtor's Motion to pay Creditor's Claim in full payable at 5.25% per annum and for such other and further relief as the Court deems appropriate.

Dated: October 14, 2015

                                          */s/ Austin M. Noel*
                                          Austin M. Noel, Esquire

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by CM/ECF notice and regular mail to the parties below this <u>14th</u> day of <u>October</u>, <u>2015</u>.

                                        **BUCKLEY MADOLE, P.C.**

                                        */s/ Austin M. Noel*
                                        Austin M. Noel, Esquire
                                        Florida Bar Number 106539
                                        Buckley Madole, P.C.
                                        P.O. Box 22408
                                        Tampa, FL 33622
                                        Telephone/Fax: 813-774-6221
                                        bkfl@buckleymadole.com

**VIA REGULAR MAIL**
Maydolet Fresnedo
231 W 42nd Street
Hialeah, FL 33012-3912

**VIA CM/ECF NOTICE**
Robert Sanchez Esq.
355 W 49th St
Hialeah, FL 33012-3715

**Chapter 13 Trustee**
Nancy K. Neidich
POB 279806
Miramar, Florida 33027