# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Maydolet Fresnedo                          Case No. 15-24287-AJC
                                                   Chapter 13

_____Debtor(s)_____/

**Attorney-Represented Debtor's Verified Ex Parte Motion for Referral to
Mortgage Modification Mediation with Select Portfolio Servicing, Inc.**

The Debtor files this Verified Ex Parte Motion for Referral to Mortgage Modification Mediation ("Ex Parte Motion") and requests the Court enter an Order Granting Debtor's Ex Parte Motion for Referral to Mortgage Modification Mediation" ("Ex Parte Order") referring Debtor and Select Portfolio Servicing, Inc. ("Lender") to Mortgage Modification Mediation ("MMM") and states as follows:

1.    Debtor is an individual who has filed for bankruptcy relief under, or converted to, chapter 13 on August 7, 2015.

2.    Debtor requests MMM for real property ("Property") located at the following street address: 231 W 42nd Street, Hialeah, FL 33012; account number for this Property is 1371 (last four digits).

   a. The Property is (check one box):

      ☒ theDebtor's primary residence

      ☐ not the Debtor's primary residence

   b. Borrowers obligated on the promissory note and mortgage on the Property are (check one box):

      ☒ Debtor only

      ☐ Debtor and non-filing co-obligor/co-borrower/third party

MMM-LF-01 (rev. 08/01/14)

Contact information for co-obligor/co-borrower/third party:

Name:_____

Address:_____

_____

Telephone:_____

email:_____

☐ Other:

Name:_____

Address:_____

_____

Telephone:_____

email:_____

    c.  If applicable, Debtor's attorney has simultaneously filed with this

Motion the MMM Local Form "Third Party's Consent to Attend and

Participate in Mortgage Modification Mediation" signed by each co-

obligor/co-borrower/third party listed above.

3.    Debtor intends to (check all boxes that apply):

☒ modify the mortgage on the Debtor's primary residence.

☐ modify the mortgage on Property that is not the Debtor's primary

residence.

☐surrender the Property to the Lender.

4.    Prior to filing this motion, Debtor remitted to Debtor's attorney the required

non-refundable portal submission fee in the amount of $25.00 and the

required non-refundable Document Preparation Software fee in the

amount of $40.00 for a total fee of $65.00.

MMM-LF-01 (rev. 08/01/14)

5.      Prior to filing this motion, Debtor's attorney completed Debtor's information using the court-approved on-line program that facilitates thepreparation of the Debtor's loan modification package ("Document Preparation Software") and has paid the $40.00 Document Preparation Software fee to the approved vendor.  Debtor's initial loan modification forms have been generated and are ready for signature and submission.  Debtor's attorney has also collected all of the required supporting documentation as required by the Document Preparation Software (such documentation and forms referred collectively to as "Debtor's Prepared Package") and is prepared to submit the supporting documentation along with the modification forms.

6.      Prior to filing this motion, Debtor's attorney has determined that:

☒ Lender is registered with the approved Mortgage Modification Mediation Portal ("MMM Portal");

☐ Lender is not registered.  Debtor requests the Court require Lender to register with the MMM Portal within seven days after entry of the Order.

7.      Debtor requests Lender consider (check as many boxes as applicable):

☒ a HAMP or government sponsored loan modification

☒ a conventional loan modification

☐ a deed in lieu of foreclosure

☐ a state court consent *in rem* final judgment of foreclosure

☐ surrenderoptions

MMM-LF-01 (rev. 08/01/14)

☐ other: _____

8.   IF DEBTOR IS REQUESTING NON-RETENTION (SURRENDER) OPTIONS:

   a.  Debtor will submit all additional documents required for surrenderas provided for on the MMM Portal.

   b.  Debtor represents that the property has been listed for sale.

9.   Prior to filing this motion, Debtor remitted the required mediator's fee in the amount of $300.00 to Debtor's attorney, unless the Debtor is seeking pro bono mediation under paragraph 11.  Debtor understands and acknowledges that after the mediator is designated, themediator's fee is not refundable for any reason at any time.

10.   Within seven days after filing theMMM Local Form "Debtor's Notice of Selection of Mortgage Modification Mediator (or "Notice ofClerk's Designation of Mortgage Modification Mediator") or the Lender's registration on the MMM Portal, whichever occurs later, Debtor's attorney shall upload and submit through the MMM Portal,Debtor's Prepared Package, together with any additional forms or documents whichLender may post on the MMM Portal, and pay a non-refundable MMM Portalsubmission fee in the amount of $25.00.  In addition, the Debtor's attorney will upload the Order to the MMM Portalas part of the submission of Debtor's documentation.

11.   Debtor's attorney:

MMM-LF-01 (rev. 08/01/14)

☒ will forward the mediator's fee directly to the mediator within seven

days after designation of the mediator; **OR**

☐ represents that the Debtor requests he/she be considered as a

candidate for pro bono mediation because theDebtor's undersigned

attorney is representing the Debtor pro bono, or Debtor's income is

less than 150% above the poverty level (see attached calculation).

12.    Debtor consents to Lender communicating directly with Debtor's attorney

for any and all aspects of the mortgage modification mediation program.

**WHEREFORE,** Debtor requests that the Ex Parte Motion be granted and for such

other and further relief as this Court deems proper.

MMM-LF-01 (rev. 08/01/14)

## DEBTOR'S VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury the foregoing is true and correct on _10-12-2015_.

_____
Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Debtor's Ex Parte Motion for Referral to Mortgage Modification Mediation was served by U.S, first class Mail, upon the parties listed below on October 12, 2015.

> Respectfully Submitted:
> **ROBERT SANCHEZ, P.A.**
> Attorney for Debtor
> 355 West 49th Street
> Hialeah, FL 33012
> Tel. 305-687-8008
>
> By:/s/ Robert Sanchez
> Robert Sanchez, Esq., FBN#0442161

Copies to:

Debtor, Maydolet Fresnedo, 231 W 42nd Street, Hialeah, FL 33012-3912
Lender: Select Portfolio Servicing, Inc., Timothy J. O'Brien, CEO; 3815 S. West Temple, Salt Lake City, UT 84115-4412
Deutsche Bank Nat. Trust Co., c/o Vanessa D. Torres, Esq., ROBERTSON, ANSCHUTZ & SCHNEID, P.L., 6409 CONGRESS AVE., SUITE 100, BOCA RATON, FL 33487

MMM-LF-01 (rev. 08/01/14)