

**ORDERED in the Southern District of Florida on October 27, 2015.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

                              **CASE NO.:  15-24287-BKC-AJC**
                              PROCEEDING UNDER CHAPTER 13

**IN RE:**

MAYDOLET FRESNEDO

DEBTOR_____/

**ORDER CONTINUING CONFIRMATION HEARING AND MAKING ALL DEBTOR PAYMENTS
NON-REFUNDABLE**

   **THIS CASE** came to be heard on October 20, 2015 upon the Confirmation Hearing of the Chapter 13 Case, and based on the record, it is

   **ORDERED as follows**:

1. The Confirmation Hearing is continued to **November 17, 2015** at **1:35 pm** in **Courtroom 7** at **UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, MIAMI, FL 33128**.

2. The Debtor is hereby ordered to make interim payments to the Chapter 13 Trustee in accordance with the proposed Chapter 13 Plan.

ORDER CONTINUING CONFIRMATION HEARING AND MAKING ALL DEBTOR PAYMENTS NON-REFUNDABLE
CASE NO.:  15-24287-BKC-AJC

3. All interim payments which have been made or shall be made to the Chapter 13 Trustee shall be non-refundable.  The Trustee is hereby authorized to disburse such funds in accordance with the proposed Plan, less all applicable Trustee's fees and costs on each such disbursement.

4. If confirmation of the Chapter 13 Plan is denied and the case dismissed or converted, the Chapter 13 Trustee shall disburse any and all interim payments to the administrative, priority and secured creditors on a pro rata basis, in conformance with the last filed Plan, less any and all fees and costs.

###

**ORDER SUBMITTED BY:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**COPIES FURNISHED TO:**

**DEBTOR**
MAYDOLET FRESNEDO
231 W 42ND STREET
HIALEAH, FL  33012-3912

**ATTORNEY FOR DEBTOR**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012