# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                          Case No. 13-28010-AJC

**Maydolet Fresnedo**
                                                                Chapter 13

_____Debtor_____/

## OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

Creditor, Crest Financial, filed a proof of claim (claim number 4) in the amount of $2,401.07 with $1,159.64 as secured and $1,241.43 as unsecured. The Debtor does not have possession of the collateral any longer since her brother took the collateral with him to a location in Texas. Debtor's brother's whereabouts are unknown to the Debtor. Thus, Debtor requests that the secured portion of this claim should be reclassified to an unsecured general claim.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED: November 16, 2015                /s/ *Robert Sanchez, Esq.*
                                        Fl Bar No. 044261
                                        Robert Sanchez, P.A.
                                        355 West 49th Street
                                        Hialeah, FL 33012
                                        Telephone: (305) 687-8008
                                        E-Mail: court@bankruptcyclinic.com

LF-70 (rev. 12/01/09)