

**ORDERED in the Southern District of Florida on November 20, 2015.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Maydolet Fresnedo            Case No: 15-24287-AJC
                                    Chapter 13

_____Debtor_____/

**AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE
SECURED STATUS OF LIEN ON PERSONAL PROPERTY HELD BY
Summit Financial Corporation**

THIS CASE came to be heard on  November 17, 2015  on the *Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property* (DE __25__ ; the "Motion"). Based upon the debtor's assertions made in support of the Motion, the parties both reaching an agreement, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A. The value of the debtor's personal property (the "Personal Property") more particularly described as follows *(Select only one)*:

 X  Motor vehicle described as follows:

LF-103 (06/14/10)

Year and Model of motor vehicle: 2012 Chrysler 300 4D

Vehicle Identification Number (VIN #): 1C3CCBAB4CN166209

Odometer reading: 60,723

___ Personal property other than a motor vehicle described as follows:

is $ _____ at the time of the filing of this case.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $ $15,203.53 at a 5.25% interest rate for a total payment of $17,319.24.

3. (Select only one):

   ___ Lender has not filed a proof of claim in this case.  The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of scheduled secured claim, regardless of the original classification in the proof of claim as filed.  Lender's secured claim shall be paid through the plan at _____% for a total of $_____.

   or

    X  Lender filed a proof of claim in this case.  It shall be classified as a secured claim in the amount provided in paragraph 2. Lender's secured claim shall be paid through the plan at  5.25 % for a total of $ 17,319.24            .

4. The Personal Property may not be sold or refinanced without proper notice and further order of the Court.

5. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

6. Upon notification that the debtor has received a discharge, the creditor shall take all steps necessary to release the lien upon the personal property.

###

Submitted By:

_____

Robert Sanchez, P.A.

355 West 49th Street

Hialeah, FL 33012

Tel: (305) 687-8008


Attorney  Robert Sanchez, Esq.  is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.

LF-103 (06/14/10)