# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

**CASE NO.: 15-24287-BKC-AJC**
PROCEEDING UNDER CHAPTER 13

IN RE:

MAYDOLET FRESNEDO

DEBTOR_____/

### NOTICE OF CONTINUED CONFIRMATION HEARING

**YOU ARE HEREBY NOTIFIED** that the Confirmation Hearing has been continued to **December 15, 2015** at **01:35 pm** at **UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, COURTROOM 7, MIAMI, FL 33128**.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Continued Confirmation Hearing was mailed to those parties listed below on this 24th day of November, 2015.

　　　　　　　　　　　　　　　　　　　　*/s/ Nancy K. Neidich*_____
　　　　　　　　　　　　　　　　　　　　NANCY K. NEIDICH, ESQUIRE
　　　　　　　　　　　　　　　　　　　　STANDING CHAPTER 13 TRUSTEE
　　　　　　　　　　　　　　　　　　　　P.O. BOX 279806
　　　　　　　　　　　　　　　　　　　　MIRAMAR, FL  33027-9806

NOTICE OF CONTINUED CONFIRMATION HEARING
CASE NO.: 15-24287-BKC-AJC

## SERVICE LIST

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**DEBTOR**
MAYDOLET FRESNEDO
231 W 42ND STREET
HIALEAH, FL  33012-3912

**ATTORNEY FOR DEBTOR**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012

**ROBERT SANCHEZ, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.