

**ORDERED in the Southern District of Florida on December 16, 2015.**

                                                                            _A. Jay Cristol_

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                                          Case No. 15-24287-AJC

MAYDOLET FRESNEDO,                                                       Chapter 13

        Debtor.
_____/

**ORDER SUSTAINING OBJECTION TO CLAIM OF CREST FINANCIAL (CLAIM #4)**

**THIS MATTER** came to be heard on the 15th day of December, 2015 upon Debtor's Objection to Claim No, 4 of Crest Financial [D.E. 39]. For the reasons stated on the record, it is

**ORDERED AND ADJUDGED:**

1. The objection to the proof of claim of Crest Financial (claim #4) is SUSTAINED.

2. The claim of Crest Financial (claim #4) is reclassified to an unsecured general claim.

# # #

The Law Office of Robert Sanchez, P.A., is directed to mail a conformed copy of this order to all affected parties and file a certificate of service.