UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

CASE NO. 15-24287-AJC
CHAPTER 13

IN RE:

Maydolet Fresnedo
*aka* Maydolet Fresuedo
*aka* Maydolet Refnedo,
      Debtor(s)
_____/

## NOTICE OF APPEARANCE
### (231 WEST 42ND STREET, HIALEAH, FLORIDA 33012)

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Deutsche Bank National Trust Company, as Indenture Trustee, for the benefit of the holders of the Aames Mortgage Investment Trust 2005-4 Mortgage Backed Notes, its Successors and/or Assigns, a secured creditor of the above styled Debtor(s).

The Clerk of the Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with the case.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).

**DATED** this _25_ day of August, 2016.

                Respectfully Submitted,
                **Kahane & Associates, P.A.**
                8201 Peters Road, Suite 3000
                Plantation, Florida 33324
                Telephone: (954) 382-3486
                Telefacsimile: (954) 382-5380

                By:_____
                ☒ Marc G. Granger , Esq., Fla. Bar No.: 146870
                ☐ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
                ☐ Taji Foreman, Esq., Fla. Bar No.: 58606

File No. 16-03142 SPS
V3.20160414

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed and/or mailed to all parties listed below this _25_ day of August, 2016.

**Maydolet Fresnedo**
231 W 42nd Street
Hialeah, FL 33012-3912

**Robert Sanchez, Esq**
355 W 49 St.
Hialeah, FL 33012

**Nancy K. Neidich,** *Trustee*
POB 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Respectfully Submitted,

**Kahane & Associates, P.A.**
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380

By:_____
☑ Marc G. Granger, Esq., Fla. Bar No.: 146870
☐ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
☐ Taji Foreman, Esq., Fla. Bar No.: 58606

File No. 16-03142 SPS
V3.20160414