# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### FIRST MODIFIED PLAN

DEBTOR: Maydolet Fresnedo     JOINT DEBTOR: _____     CASE NO.: 15-24287-AJC
Last Four Digits of SS# 5237     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.     $ 1,408.38   for months  1 to  17 ; in order to pay the following creditors:
    B.     $ 436.49     for months  18 to  60; in order to pay the following creditors:

Administrative:     Attorney's Fee - $ 3650 + $2500 (MMM) + $775 (Motion to value) + $525 (Motion to Modify) = 7450     TOTAL PAID $ 1800     Balance Due      $ 5650
payable $ 102.50/month (Months 1 to 17); payable $ 90.87/month (Months 18 to 60);

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Select Portfolio Servicing, Inc / Deutsche Bank [POC#3]
Address: POB 65250
Salt Lake City, UT 84165          MMM Payment     $ 930.48/month (Months  1 to  17)
Account No: xxx1371

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Summit Financial Corp. 100 NW 100 Avenue Plantation, FL 33324 Account No 3013 | 2012 Chrysler 300 $6000.00 | 5.25% | $255.88 $301.61 | 1 To  17 18 To  60 | $15,203.53 at 5.25% interest for a total payment of $17,319.24 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None _____     Total Due  $_____
    Payable     $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors:  Pay $ 72.10/month (Months 1 to  17); and Pay $ 0.36/month (Months 18 to  60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

"The debtor has filed a Verified Motion for Referral to MMM with   Select Portfolio Servicing, Inc ("Lender"), loan number  1371, for real property located at 231 W 42nd Street, Hialeah FL 33012. The Debtor and the lender were unable to reach an agreement at the mediation. The Debtor will treat the property outside of the plan and continue her attempts to negotiate directly with the lender.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/ Robert Sanchez, Esq.                         _____
Attorney for Debtor                                       Joint Debtor
Date: 1/12/2017                                           Date: _____

LF-31 (rev. 01/08/10)